1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-mc-0143 TLN AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| STEVEN ZINNEL and DAVID ZINNEL, | |
| Defendants. | |

Defendant and alleged Judgment Debtor Steven Zinnel, who is proceeding in pro se, has filed a motion to transfer venue to the District of South Dakota, Western Division (Rapid City). ECF No. 73. Section 3004(b)(2) of Title 28 provides that "[i]f the debtor so requests, within 20 days after receiving the [required] notice…the action or proceeding in which the writ, order, or judgment was issued shall be transferred to the district court for the district in which the debtor resides." 28 U.S.C. § 3004(b)(2). Mr. Zinnel references a related case in this district, in which he filed a nearly identical motion, United States v. Steven Zinnel, 2:21-cv-0098-TLN-AC. ECF No. 73 at 2. In that case, Zinnel submitted a signed declaration stating that he is a resident of South Dakota. United States v. Steven Zinnel, 2:21-cv-0098-TLN-AC at ECF No. 180-1.

The court is satisfied that Mr. Zinnel is a resident of South Dakota and that this case should be transferred pursuant to 28 U.S.C. § 3004(b)(2). Accordingly, IT IS HEREBY

////

1

1    ORDERED that this matter is transferred to the District of South Dakota, Western Division,

2    Rapid City.

3    DATED: September 30, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE